# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Patti, Anthony P. | Michigan Eastern District Court | 08/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 West Lafayette Boulevard, Room 629
Detroit, MI

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Lecturer | University of Michigan-Dearborn |
| 2. | Custodian | Investment Accounts 4-7 |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/2015 | Hooper Hathaway, P.C. Memorandum of Redemption, tendering all shares, waiving salary continuation and agreeing to payment of outstanding receivables |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Hooper Hathaway PC fees earned prior to departure consistent with the terms of agreement listed in Part II | $88,883.96 |
| 2. 2020 | University of Michigan-Dearborn adjunct teaching | $4,961.20 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Patti, Anthony P.** | 08/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Patti, Anthony P.** | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (H) 21 | | | | | | | | | |
| 2. - Merrill Lynch Cash/Money Account a/k/a Bank of America NA Rasp | A | Interest | J | T | | | | | |
| 3. - Invesco Intl Divi | A | Dividend | K | T | | | | | |
| 4. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | | | | | |
| 5. - Lord Abbett Bond Fund (LBDFX) | A | Dividend | K | T | | | | | |
| 6. - Vanguard Dividend (VIG) | A | Dividend | K | T | | | | | |
| 7. - Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 8. - Vanguard Small Cap (VB) | A | Dividend | K | T | | | | | |
| 9. - Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 10. - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 11. - Vanguard Total Bn MKT (BND) | A | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. SEP (H) 10 | | | | | | | | | |
| 14. -Merrill Lynch Cash/Money Account n/k/a Bank of America NA RASP | A | Interest | J | T | | | | | |
| 15. - Invesco Intl Divid Achievers ETF (PID) | A | Dividend | J | T | | | | | |
| 16. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | | | | | |
| 17. - Lord Abbett Bond Fund (LBDFX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 19.    - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 20.    - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 21.    - Vanguard Div Appreciation ETF (VIG) | A | Dividend | K | T | | | | | |
| 22.    - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 23.    - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25.    Merrill Lynch #44 (H) | | | | | | | | | |
| 26.    - Bank of America NA | A | Interest | J | T | | | | | |
| 27.    - iShares MSCI Emerging Mkts (EEM) | A | Dividend | L | T | | | | | |
| 28.    - Invesco Intl Divid (PID) | C | Dividend | L | T | | | | | |
| 29.    - Lord Abbett Bond Fund ((LBDFX) | C | Dividend | L | T | | | | | |
| 30.    - Powershares Inter DVD (PDI) (Y) | | | | | | | | | |
| 31.    - Vanguard Growth ETF | B | Dividend | M | T | | | | | |
| 32.    - Vanguard Small Cap (VB) | B | Dividend | L | T | | | | | |
| 33.    - Vanguard Mid-Cap ETF (VO) | B | Dividend | M | T | | | | | |
| 34.    - Vanguard Div Appreciation ETF (VIG) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Vanguard Total Bn MKT (BND) | C | Dividend | M | T | | | | | |
| 36.  - Vanguard Real Estate ETF | B | Dividend | L | T | | | | | |
| 37. | | | | | | | | | |
| 38.  Merrill Lynch #37G -4 (H) | | | | | | | | | |
| 39.  - Bank of America NA | A | Dividend | J | T | | | | | |
| 40.  - Invesco Intl Divid (PID) | A | Dividend | J | T | | | | | |
| 41.  - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 42.  - Lord Abbett Bond (EEM) | A | Dividend | J | T | | | | | |
| 43.  - Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 44.  - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 45.  - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 46.  - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 47.  - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 48.  - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 49. | | | | | | | | | |
| 50.  Merrill Lynch #38L-5 (H) | | | | | | | | | |
| 51.  - Merrill Lynch Bank Deposit Program | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Invesco Intl Divid (PID) | A | Dividend | J | T | | | | | |
| 53. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 54. - Lord Abbett Bond (LBDFX) | A | Dividend | J | T | | | | | |
| 55. - Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 56. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 57. - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 58. - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 59. - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 60. - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. Merrill Lynch #39S -6 (H) | | | | | | | | | |
| 63. - Bank of America NA | A | Interest | J | T | | | | | |
| 64. -Invesco Intl Divid (PID) | A | Dividend | J | T | | | | | |
| 65. - iShares MSCI Emerging Mkts (EEM) | A | Dividend | J | T | | | | | |
| 66. -Lord Abbett Bond (LBDFX) | A | Dividend | J | T | | | | | |
| 67. - Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 68. - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 70.   - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 71.   - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 72.   - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74.   Merrrill Lynch #41M -7 (H) | | | | | | | | | |
| 75.   - Merrill Lynch Bank Deposit Program | A | Dividend | J | T | | | | | |
| 76.   -Invesco Intl Divid (PID) | A | Dividend | J | T | | | | | |
| 77.   - iShares MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 78.   -Lord Abbett Bond (LBDFX) | A | Dividend | J | T | | | | | |
| 79.   - Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 80.   - Vanguard Small Cap (VB) | A | Dividend | J | T | | | | | |
| 81.   - Vanguard Mid-Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 82.   - Vanguard Div Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 83.   - Vanguard Total Bn MKT (BND) | A | Dividend | J | T | | | | | |
| 84.   - Vanguard Real Estate ETF | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Northwestern Mutual extraordinary life policy (whole life) | A | Dividend | J | T | | | | | |
| 87. Northwestern Mutual adjustible complete life policy (whole life) | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Patti, Anthony P. | 08/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony P. Patti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544